UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS

**KARAHODZIC,**

    Plaintiffs,

v.

**JBS CARRIERS, et al,**

    Defendant.                                              No. 12-cv-1040-DRH

### JUDGMENT IN A CIVIL CASE

**DECISION BY COURT**. This matter is before the Court on a jury trial that was completed on September 9, 2016.

    **IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the jury verdict rendered on September 9, 2016, judgment is entered in favor of the plaintiffs. Damages are awarded to the Estate of Hasib Karahodzic in the amount of $2,750,000 and to Edin Karahodzic in the amount of $625,000.

                                                     **JUSTINE FLANAGAN,**
                                                     **ACTING CLERK OF COURT**

                                                     **BY:**      */s/Caitlin Fischer*
                                                                 **Deputy Clerk**

Dated:   October 18, 2016

                                                Digitally signed by
                                                Judge David R. Herndon
                                                Date: 2016.10.18
                                                15:13:21 -05'00'

APPROVED:
            U.S. DISTRICT JUDGE
            U. S. DISTRICT COURT