IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**EDIN KARAHODZIC and**
**EDIN KARAHODZIC, as**
**Personal representative of the**
**Estate of HASIB KARAHODZIC,**

          **Plaintiffs,**

vs.

**JBS CARRIERS INC. and ORENTIO**      Case No. 12-cv-1040-DRH
**THOMPSON,**

          **Defendants.**

## DISTRIBUTION ORDER

**HERNDON, District Judge:**

This matter comes before the Court following the November 30, 2016 hearing for distribution of the wrongful death judgment entered in this case on October 18, 2016. Pursuant to the Illinois Wrongful Death Act 740 ILCS 180/2, the Court finds that the next-of-kin of the deceased Hasib Karahodzic to be his surviving spouse, Esma Karahodzic, and his three children, Edin Karahodzic, Selvedin Karahodzic, and Edina Karahodzic. Pursuant to the evidence taken at the trial of this matter of which the Court takes judicial notice as well as the testimony offered during the November 30, 2016 hearing and signed agreements of the aforementioned family members (Exhibit 1&2), and in consultation with counsel, the Court determines that a division of the Wrongful Death Judgment is appropriate as follows:

1. The Law Offices of Frank Niesen, Jr., is ordered to receive thirty-three and one-third (33 1/3%) of the judgment for attorney's fees ($916,666.67 exclusive of any interest accrued) pursuant to the contract with the aforementioned family members.

2. The Law Offices of Frank Niesen, Jr., is ordered to receive $136,165.20, exclusive of costs of appeal, which is 81.5% of the total expenses for this litigation as to the wrongful death judgment, as agreed upon by the family members (Exhibit 2).

3. Esma Karahodzic, Hasib's widow, pursuant to the testimony of the family offered at the hearing and their agreement (Exhibit 1), is ordered to receive 35% ($594,008.85, exclusive of any interest accrued) of the total remaining wrongful death judgment after attorney's fees and expenses are deducted.

4. Edina Karahodzic, Hasib's youngest child, pursuant to the testimony of the family offered at the hearing and their agreement (Exhibit 1), is ordered to receive 25% ($424,492.03, exclusive of any interest accrued) of the total remaining wrongful death judgment after attorney's fees and expenses are deducted.

5. Selvedin Karahodzic, Hasib's middle child, pursuant to the testimony of the family offered at the hearing and their agreement (Exhibit 1), is ordered to receive 20% ($339,433.63, exclusive of any interest accrued) of the total remaining wrongful death judgment after attorney's fees and expenses are deducted.

6. Edin Karahodzic, Hasib's oldest child, pursuant to the testimony of the family offered at the hearing and their agreement (Exhibit 1), is ordered to receive 20% ($339,433.63, exclusive of any interest accrued) of the total remaining wrongful death judgment after attorney's fees and expenses are deducted.

The Court further finds that the above distribution represents a fair and equitable distribution of the Wrongful Death Judgment in this case, and is based on each family member's percentage of dependence on the decedent pursuant the Illinois Wrongful Death Act 740 ILCS 180/2.

**IT IS SO ORDERED.**

**Signed this 2nd day of December, 2016**

Judge Herndon
2016.12.02
10:57:32 -06'00'

**United States District Judge**